UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
CASE NO.

RAYMOND D. ARLOZYNSKI,

     Plaintiff,

v.

NCO FINANCIAL SYSTEMS, INC.,

     Defendant.

_____/

## COMPLAINT
## JURY DEMAND

1.    Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq.* ("FDCPA") and the Florida Consumer Collection Practices Act, Fla. Stat. §559.55 *et seq.* ("FCCPA").

## JURISDICTION AND VENUE

2.    This Court has jurisdiction under 28 U.S.C. §§1331, 1337, 1367 and 15 U.S.C. §1692k.  Venue in this District is proper because Plaintiff resides here and Defendant placed telephone calls into this District.

## PARTIES

3.    Plaintiff, RAYMOND D. ARLOZYNSKI, is a natural person, and citizen of the State of Florida, residing in Pasco County, Florida.

4.     Defendant, NCO FINANCIAL SYSTEMS, INC., is a corporation and citizen of the State of Pennsylvania with its principal place of business at 507 Prudential Road, Horsham, Pennsylvania, 19044.

5.     Defendant regularly uses the mail and telephone in a business the principal purpose of which is the collection of debts.

6.     Defendant regularly collects or attempts to collect debts for other parties.

7.     Defendant is a "debt collector" as defined in the FDCPA.

8.     Defendant was acting as a debt collector with respect to the collection of Plaintiff's alleged debt.

## FACTUAL ALLEGATIONS

9.     Defendant sought to collect from Plaintiff an alleged debt arising from transactions incurred for personal, family or household purposes.

10.     Defendant left the following messages on Plaintiff's voice mail on or about the dates stated:

November 26, 2008 – Pre-Recorded Message
This is an important message from NCO Financial Systems, Incorporated. The law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose.  Please call us back today at toll free 1-800-280-3377. When calling us back, the reference ID is EY1268. Thank you. Goodbye.

November 29, 2008 – Pre-Recorded Message
This is an important message from NCO Financial Systems, Inc. Law requires that we notify you that this is a debt collection company. This is an

2

attempt to collect a debt and any information obtained will be used for that purpose. Please call back (inaudible) today at 1-800-280-3377. Once again that number is 1-800-280-3377. Thank you.

December 4, 2008 – Pre-Recorded Message
This is an important message from NCO Financial Systems, Incorporated. The law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call us back today at toll free 1-800-280-3377. When calling us back, the reference ID is EY1268. Thank you. Goodbye.

December 6, 2008 – Pre-Recorded Message
This is an important message from NCO Financial Systems, Inc. Law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call back (inaudible) today at 1-800-280-3377. Once again that number is 1-800-280-3377. Thank you.

December 9, 2008 – Pre-Recorded Message
This is an important message from NCO Financial Systems, Incorporated. The law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call us back today at toll free 1-800-280-3377. When calling us back, the reference ID is EY1268. Thank you. Goodbye.

December 16, 2008 – Pre-Recorded Message
Hello. This is an important message from NCO Financial Center Corporation. The law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call me back today at 800-280-5420. Once again the number is 800-280-5420. When calling please use reference ID EY1268. Thank you. Goodbye.

December 18, 2008 – Pre-Recorded Message
This is an important message from NCO Financial Systems, Inc. The law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call back (inaudible) today at 1-800-280-3377. Once again that number is 1-800-280-3377. Thank you.

December 20, 2008 – Pre-Recorded Message
This is an important message from NCO Financial Systems, Inc.  Law
requires that we notify you this is a debt collection company.  This is an
attempt to collect a debt and any information obtained will be used for that
purpose.  Please call back (inaudible) today at 1-800-280-3377. Once again
that number is 1-800-280-3377. Thank you.

December 22, 2008 – Pre-Recorded Message
This is an important message from NCO Financial Systems, Inc.  Law
requires that we notify you this is a debt collection company.  This is an
attempt to collect a debt and any information obtained will be used for that
purpose.  Please call back (inaudible) today at 1-800-280-3377.  Once again
that number is 1-800-280-3377. Thank you.

December 29, 2008 – Pre-Recorded Message
This is an important message from NCO Financial Systems, Inc.  Law
requires that we notify you this is a debt collection company.  This is an
attempt to collect a debt and any information obtained will be used for that
purpose.  Please call back (inaudible) today at 1-800-280-3377.  Once again
that number is 1-800-280-3377. Thank you.

January 3, 2009 – Pre-Recorded Message
This is an important message from NCO Financial Systems, Inc.  Law
requires that we notify you that this is a debt collection company.  This is an
attempt to collect a debt and any information obtained will be used for that
purpose.  Please call back (inaudible) today at 1-800-280-3377. Once again
that number is 1-800-280-3377. Thank you.

January 6, 2009
Yeah, Raymond Arlozynski. This is Robert Marquez, finalization, Home
Depot, Citi Bank. Raymond, I need a call back regarding the Home Depot
account balance with Citi Bank here in delinquency. We are making a
recommendation for the balance. If you wish to rectify this matter
voluntarily, Raymond, this will be the last attempt to get in contact with you.
I need a call back to 1-866-266-6318, extension 3412. Ask for Robert
Marquez in finalization. I believe I can help you with this matter, but I need
a return call as soon as you get the message. My toll free number is 1-866-
266-6318, extension 3412 and ask for Robert.

January 10, 2009 – Pre-Recorded Message

4

This is an important message from NCO Financial Systems, Inc.  Law requires that we notify you this is a debt collection company.  This is an attempt to collect a debt and any information obtained will be used for that purpose.  Please call back (inaudible) today at 1-800-280-3377. Once again that number is 1-800-280-3377. Thank you.

January 15, 2009 – Pre-Recorded Message
This is an important message from NCO Financial Systems, Inc.  Law requires that we notify you this is a debt collection company.  This is an attempt to collect a debt and any information obtained will be used for that purpose.  Please call back (inaudible) today at 1-800-280-3377. Once again that number is 1-800-280-3377. Thank you.

January 16, 2009 – Pre-Recorded Message
This is an important message from NCO Financial Systems, Incorporated.  Law requires that we notify you that this is a debt collection company.  This is an attempt to collect a debt and any information provided will be used for that purpose.  Please call back Mr. Fraiser at 1-888-675-5788. Again call Mr. Fraiser at 1-888-675-5788. Thank you.

January 17, 2009 – Pre-Recorded Message
This is a message from NCO Financial Systems, Inc. Law requires that we notify you this is a debt collection company. This is an attempt to collect a debt, and any information obtained will be used for that purpose. Please call back (inaudible) today at 1-800-280-3377. Once again, that number is 1-800-280-3377. Thank you.

January 20, 2009 – Pre-Recorded Message
This is an important message from NCO Financial Systems, Incorporated.  Law requires that we notify you that this is a debt collection company.  This is an attempt to collect a debt and any information provided will be used for that purpose.  Please call Mr. Fraiser at 1-888-675-5788. Again call Mr. Fraiser at 1-888-675-5788. Thank you.

January 21, 2009 – Pre-Recorded Message
This is an important message from NCO Financial Systems, Inc. Law requires that we notify you that this is a debt collection company.  This is an attempt to collect a debt and any information provided will be used for that purpose.  Please call back (inaudible) today at 1-800-280-3377. Once again that number is 1-800-280-3377. Thank you.

January 22, 2009 – Blank Message

January 25, 2009 – Pre-Recorded Message
This is an important message from NCO Financial Systems Inc.  The law
requires that we notify you that this is a debt collection company.  This is an
attempt to collect a debt and any information obtained will be used for that
purpose.  Please call Ed Blanchard back today at toll-free 1-866-575-8900.
When calling us back, the reference ID is 9Z1LU8.  Thank you.  Goodbye.

January 26, 2009 – Pre-Recorded Message
This is an important message from NCO Financial Systems, Inc. Law
requires that we notify you that this is a debt collection company.  This is an
attempt to collect a debt and any information obtained will be used for that
purpose.  Please call back (inaudible) today at 1-800-280-3377. Once again
that number is 1-800-280-3377. Thank you.

January 28, 2009 – Pre-Recorded Message
This is an important message from NCO Financial Systems, Incorporated.
Law requires that we notify you that this is a debt collection company.  This
is an attempt to collect a debt and any information obtained will be used for
that purpose.  Please call Ms. Austin at 1-888-675-5788. Again please call
Ms. Austin at 1-888-675-5788. Thank you.

February 1, 2009
Human Caller: This is an important message from NCO Financial Systems,
Incorporated. Law requires that we notify you this is a debt collection
company.  This is an attempt to collect a debt and any information obtained
will be used for that purpose.  Please call Ian Hurstberger back today at 1-
866-575-8900. Once again the number is 1-866-575-8900.
Pre-Recorded Message: 9Z1LU8 is your reference ID. Again, your reference
ID is 9Z1LU8.

February 2, 2009 at 9:07 AM
This is an important message from NCO Financial Systems, Incorporated.
Law requires that we notify you that this is a debt collection company.  This
is an attempt to collect a debt and any information obtained will be used for
that purpose.  Please call Ed Blanchard back today at toll-free 1-800-432-
3988. When calling us back the reference ID is 9Z1LU8. Thank you.
Goodbye.

<u>February 2, 2009 at 7:22 PM – Inaudible Message</u>

<u>February 4, 2009 – Pre-Recorded Message</u>
This is an important message from NCO Financial Systems, Incorporated. Law requires that we notify you that this is a debt collection company.  This is an attempt to collect a debt and any information obtained will be used for that purpose.  Please return this call to Mr. Tyler at 888-675-5788. Again, please return this call to Mr. Tyler at 888-675-5788. Thank you.

<u>March 6, 2009 – Pre-Recorded Message</u>
This is an important message from NCO Financial Systems, Incorporated. Law requires that we notify you that this is a debt collection company.  This is an attempt to collect a debt and any information obtained will be used for that purpose.  Please return this call to Mr. Tyler at 888-675-5788. Again, please return this call to Mr. Tyler at 888-675-5788. Thank you.

<u>March 9, 2009 – Pre-Recorded Message</u>
This is an important message from NCO Financial Systems, Incorporated. Law requires that we notify you that this is a debt collection company.  This is an attempt to collect a debt and any information obtained will be used for that purpose.  Please return this call to Mr. Tyler at 888-675-5788. Again, please return this call to Mr. Tyler at 888-675-5788. Thank you.

<u>March 10, 2009 – Pre-Recorded Message</u>
This is an important message from NCO Financial Systems, Incorporated. Law requires that we notify you that this is a debt collection company.  This is an attempt to collect a debt and any information obtained will be used for that purpose. Please return this call to Mr. Tyler at 888-675-5788. Again, please return this call to Mr. Tyler at 888-675-5788. Thank you.

<u>March 19, 2009 – Pre-Recorded Message</u>
This is an important message from NCO Financial Systems, Incorporated. Law requires that we notify you that this is a debt collection company.  This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call Ms. Austin at 1-888-675-5788. Again, please call Ms. Austin at 1-888-675-5788. Thank you.

<u>March 21, 2009 – Pre-Recorded Message</u>

This is an important message from NCO Financial Systems, Incorporated. Law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please return this call to Mr. Tyler at 888-675-5788. Again, please return this call to Mr. Tyler at 888-675-5788. Thank you.

March 23, 2009 – Pre-Recorded Message
This is an important message from NCO Financial Systems, Incorporated. Law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please return this call to Mr. Tyler at 888-675-5788. Again, please return this call to Mr. Tyler at 888-675-5788. Thank you.

March 31, 2009 – Pre-Recorded Message
This is an important message from NCO Financial Systems, Incorporated. Law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call Ms. Austin at 1-888-675-5788. Again, please call Ms. Austin at 1-888-675-5788. Thank you.

April 1, 2009 – Pre-Recorded Message
This is an important message from NCO Financial Systems, Incorporated. Law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call Ms. Austin at 1-888-675-5788. Again, please call Ms. Austin at 1-888-675-5788. Thank you.

April 2, 2009 – Pre-Recorded Message
This is an important message from NCO Financial Systems, Incorporated. Law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call Ms. Austin at 1-888-675-5788. Again, please call Ms. Austin at 1-888-675-5788. Thank you.

April 3, 2009 – Pre-Recorded Message
This is an important message from NCO Financial Systems, Incorporated. Law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call Ms. Austin at 1-888-675-5788. Again, please call Ms. Austin at 1-888-675-5788. Thank you.

April 7, 2009 – Pre-Recorded Message
Incorporated. Law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call Ms. Austin at 1-888-675-5788. Again, please call Ms. Austin at 1-888-675-5788. Thank you.

April 8, 2009 – Pre-Recorded Message
This is an important message from NCO Financial Systems, Incorporated. Law requires that we notify you that this is a debt collection company.  This is an attempt to collect a debt and any information obtained will be used for that purpose.  Please call Miss Austin at 1-888-675-5788.  Again please call Miss Austin at 1-888-675-5788.  Thank you.

April 15, 2009 – Pre-Recorded Message
This is an important message from NCO Financial Systems, Incorporated. Law requires that we notify you that this is a debt collection company.  This is an attempt to collect a debt and any information obtained will be used for that purpose.  Please call Miss Austin at 1-888-675-5788.  Again please call Miss Austin at 1-888-675-5788.  Thank you.

April 16, 2009 – Pre-Recorded Message
This is an important message from NCO Financial Systems, Incorporated. Law requires that we notify you that this is a debt collection company.  This is an attempt to collect a debt and any information obtained will be used for that purpose.  Please call Miss Austin at 1-888-675-5788.  Again please call Miss Austin at 1-888-675-5788.  Thank you.

April 21, 2009 – Pre-Recorded Message
This is an important message from NCO Financial Systems, Incorporated. Law requires that we notify you that this is a debt collection company.  This is an attempt to collect a debt and any information obtained will be used for that purpose.  Please return this call to Mr. Harris at 1-800-447-8148. Again, please return this call to Mr. Harris at 1-800-447-8148.   Thank you.

April 30, 2009 – Pre-Recorded Message
This is an important message from NCO Financial Systems, Incorporated. Law requires that we notify you that this is a debt collection company.  This is an attempt to collect a debt and any information obtained will be used for

that purpose.  Please call Ian Scott back today at 1-866-372-8498.  Once again, that number is 1-866-372-8498.  Thank you.

May 1, 2009 – Pre-Recorded Message
This is an important message from NCO Financial Systems, Incorporated. Law requires that we notify you that this is a debt collection company.  This is an attempt to collect a debt and any information obtained will be used for that purpose.  Please call Ian Scott back today at 1-866-372-8498.  Once again, that number is 1-866-372-8498.  Thank you.

May 5, 2009 – Pre-Recorded Message
This is an important message from NCO Financial  Systems, Incorporated. Law requires that we notify you that this is a debt collection company.  This is an attempt to collect a debt and any information obtained will be used for that purpose.  Please return this call to Mr. Tyler at 888-675-5788.  Again, please return this call to Mr. Tyler at 888-675-5788.  Thank you.

May 6, 2009 – Pre-Recorded Message
This is an important message from NCO Financial Systems, Incorporated. Law requires that we notify you that this is a debt collection company.  This is an attempt to collect a debt and any information obtained will be used for that purpose.  Please call Ian Scott back today at 1-866-372-8498.  Once again, that number is 1-866-372-8498.  Thank you.

May 8, 2009 – Pre-Recorded Message
This is an important message from NCO Financial Systems, Incorporated. Law requires that we notify you that this is a debt collection company.  This is an attempt to collect a debt and any information obtained will be used for that purpose.  Please call Ian Scott back today at 1-866-372-8498, Once again, that number is 1-866-372-8498.  Thank you.

May 11, 2009 – Pre-Recorded Message
This is an important message from NCO Financial Systems, Incorporated. Law requires that we notify you that this is a debt collection company.  This is an attempt to collect a debt and any information obtained will be used for that purpose.  Please call Ian Scott back today at 1-866-372-8498. Once again, that number is 1-866-372-8498.  Thank you.

May 16, 2009 – Pre-Recorded Message

This is an important message from NCO Financial Systems, Incorporated. Law requires that we notify you that this is a debt collection company.  This is an attempt to collect a debt and any information obtained will be used for that purpose.  Please call Ian Scott back today at 1-866-372-8498. Once again, that number is 1-866-372-8498.  Thank you.

May 17, 2009 – Pre-Recorded Message
Press 1.  Hello, this is an important message from NCO Financial Systems, Incorporated.  The law requires that we notify you that this is a debt collection company.  This is an attempt to collect a debt and any information obtained will be used for that purpose.  Please call me back today at 800-350-2457.  Once again, the number is 800-350-2457.  When calling please use reference ID GG3230.   Thank you.  Goodbye.

May 19, 2009 – Pre-Recorded Message
Press 1.  Goodbye.

May 21, 2009 at 9:31 AM – Pre-Recorded Message
Press 1.  Goodbye.

May 21, 2009 at 4:04 PM – Pre-Recorded Message
This is an important message from NCO Financial Systems, Incorporated. Law requires that we notify you that this is a debt collection company.  This is an attempt to collect a debt and any information obtained will be used for that purpose.  Please return this call to Mr. Tyler at 888-675-5788.  Again, please return this call to Mr. Tyler at 888-675-5788.  Thank you.

May 23, 2009 at 9:46 AM
This is an important message from NCO Financial Systems Incorporated. Law requires that we notify you that this is a debt collection company.  This is an attempt to collect a debt and any information obtained will be used for that purpose.  Please return this call to Mr. Thompson at 866-266-6318. Again, please return this call to Mr. Thompson at 866-266-6318. Thank You.

May 23, 2009 at 2:51 PM
Press 1.  Hello, this is an important message from NCO Financial Center Corporation.  The law requires that we notify you that this is a debt collection company.  This is an attempt to collect a debt and any information obtained will be used for that purpose.  Please call me back today at 800-

350-2457.  Once again, the number is 800-350-2457.  When calling, please use reference ID GG3230.  Thank you.  Goodbye.

May 26, 2009 – Pre-Recorded Message
This is an important message from NCO Financial Systems Incorporated. Law requires that we notify you that this is a debt collection company.  This is an attempt to collect a debt and any information obtained will be used for that purpose.  Please return this call to Mr. Thompson at 866-266-6318. Again, please return this call to Mr. Thompson at 866-266-6318. Thank You.

May 27, 2009 – Pre-Recorded Message
This is an important message from NCO Financial Systems Incorporated. Law requires that we notify you that this is a debt collection company.  This is an attempt to collect a debt and any information obtained will be used for that purpose.  Please return this call to Mr. Tyler at 888-675-5788. Again, please return this call to Mr. Tyler at 888-675-5788. Thank You.

May 28, 2009 – Pre-Recorded Message
This is an important message from NCO Financial Systems Incorporated. The law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose.  Please return this call to Mr. Tyler at 888-675-5788. Again, please return this call to Mr. Tyler at 888-675-5788. Thank You.

May 29, 2009 – Pre-Recorded Message
This is an important message from NCO Financial Systems Incorporated. Law requires that we notify you that this is a debt collection company.  This is an attempt to collect a debt and any information obtained will be used for that purpose.  Please return this call to Mr. Thompson at 866-266-6318. Again, please return this call to Mr. Thompson at 866-266-6318. Thank you.

May 30, 2009 – Pre-Recorded Message
This is an important message from NCO Financial Systems Incorporated. Law requires that we notify you that this is a debt collection company.  This is an attempt to collect a debt and any information obtained will be used for that purpose.  Please return this call to Mr. Thompson at 866-266-6318. Again, please return this call to Mr. Thompson at 866-266-6318. Thank you.

June 4, 2009 at 10:19 AM – Pre-Recorded Message

This is an important message from NCO Financial Systems, Incorporated. Law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please return this call to Mr. Tyler at 888-675-5788. Again, please return this call to Mr. Tyler at 888-675-5788. Thank you.

June 4, 2009 at 12:17 PM – Pre-Recorded Message
Press 1. Goodbye.

June 12, 2009 at 12:01 PM – Pre-Recorded Message
This is an important message from NCO Financial Systems, Incorporated. Law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please return this call to Mr. Tyler at 888-675-5788. Again, please return this call to Mr. Tyler at 888-675-5788. Thank you.

June 12, 2009 at 4:18 PM – Pre-Recorded Message
Hello. This is an important message from NCO Financial Systems, Incorporated. The law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call me back today at 800-350-2457. Once again, the number is 800-350-2457. When calling, please use Reference ID GG3230. Thank you. Goodbye.

June 13, 2009 – Pre-Recorded Message
This is an important message from NCO Financial Systems, Incorporated. Law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please return this call to Mr. Thompson at 866-266-6318. Again, please return this call to Mr. Thompson at 866-266-6318. Thank you.

June 15, 2009 – Pre-Recorded Message
This is an important message from NCO Financial Systems, Incorporated. Law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please return this call to Mr. Thompson at 866-266-6318. Again, please return this call to Mr. Thompson at 866-266-6318. Thank you.

June 19, 2009 at 9:11 AM – Pre-Recorded Message
This is an important message from NCO Financial Systems, Incorporated.
Law requires that we notify you that this is a debt collection company. This
is an attempt to collect a debt and any information obtained will be used for
that purpose. Please return this call to Mr. Tyler at 888-675-5788. Again,
please return this call to Mr. Tyler at 888-675-5788. Thank you.

June 19, 2009 at 5:00 PM – Pre-Recorded Message
Hello. This is an important message from NCO Financial Center
Corporation. The law requires that we notify you that this is a debt
collection company. This is an attempt to collect a debt and any information
obtained will be used for that purpose. Please call me back today at 800-
350-2457. Once again, the number is 800-350-2457. When calling, please
use Reference ID GG3230. Thank you. Goodbye.

June 20, 2009 at 9:35 AM – Pre-Recorded Message
This is an important message from NCO Financial Systems, Incorporated.
Law requires that we notify you that this is a debt collection company. This
is an attempt to collect a debt and any information obtained will be used for
that purpose. Please return this call to Mr. Tyler at 888-675-5788. Again,
please return this call to Mr. Tyler at 888-675-5788. Thank you.

June 20, 2009 at 2:55 PM – Pre-Recorded Message
Hello. This is an important message from NCO Financial Systems,
Incorporated. The law requires that we notify you that this is a debt
collection company. This is an attempt to collect a debt and any information
obtained will be used for that purpose. Please call me back today at 800-
350-2457. Once again, the number is 800-350-2457. When calling, please
use Reference ID GG3230. Thank you. Goodbye.

June 22, 2009 - Blank Message

June 23, 2009 – Pre-Recorded Message
This is an important message from NCO Financial Systems, Incorporated.
Law requires that we notify you that this is a debt collection company. This
is an attempt to collect a debt and any information obtained will be used for
that purpose. Please return this call to Mr. Tyler at 888-675-5788. Again,
please return this call to Mr. Tyler at 888-675-5788. Thank you.

June 24, 2009 at 9:34 AM – Pre-Recorded Message

This is an important message from NCO Financial Systems, Incorporated. Law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please return this call to Mr. Tyler at 888-675-5788. Again, please return this call to Mr. Tyler at 888-675-5788. Thank you.

June 24, 2009 at 2:21 PM – Pre-Recorded Message
This is an important message from NCO Financial Systems, Incorporated. Law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call Ian Scott back today at 1-866-372-8498. Once again, that number is 1-866-372-8498. Thank you.

June 25, 2009 – Pre-Recorded Message
This is an important message from NCO Financial Systems, Incorporated. Law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please return this call to Mr. Tyler at 888-675-5788. Again, please return this call to Mr. Tyler at 888-675-5788. Thank you.

June 26, 2009 – Pre-Recorded Message
Press 1. Hello. This is an important message from NCO Financial Systems, Incorporated. The law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call me back today at 800-350-2457. Once again, the number is 800-350-2457. When calling, please use Reference ID GG3230. Thank you. Goodbye.

June 27, 2009 – Pre-Recorded Message
Hello. This is an important message from NCO Financial Systems, Incorporated. The law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call me back today at 800-350-2457. Once again, the number is 800-350-2457. When calling, please use Reference ID GG3230. Thank you. Goodbye.

June 30, 2009 – Pre-Recorded Message
This is an important message from NCO Financial Systems, Incorporated. Law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for

that purpose.  Please call Miss Austin at 1-888-675-5788.  Again, please call Miss Austin at 1-888-675-5788.  Thank you.

July 1, 2009 – Pre-Recorded Message
This is an important message from NCO Financial Systems, Incorporated. Law requires that we notify you that this is a debt collection company.  This is an attempt to collect a debt and any information obtained will be used for that purpose.  Please call Miss Austin at 1-888-675-5788.  Again, please call Miss Austin at 1-888-675-5788.  Thank you.

July 7, 2009 – Blank Message

July 8, 2009 – Pre-Recorded Message
This is an important message from NCO Financial Systems, Incorporated. Law requires that we notify you that this is a debt collection company.  This is an attempt to collect a debt and any information obtained will be used for that purpose.  Please call Ian Scott back today at 1-866-372-8498.  Once again, that number is 1-866-372-8498.  Thank you.

July 10, 2009 – Pre-Recorded Message
Hello.  This is an important message from NCO Financial Systems, Incorporated.  The law requires that we notify you that this is a debt collection company.  This is an attempt to collect a debt and any information obtained will be used for that purpose.  Please call me back today at 800-350-2457.  Once again, the number is 800-350-2457.  When calling, please use Reference ID GG3230.  Thank you.  Goodbye.

July 13, 2009 at 1:44 PM – Pre-Recorded Message
This is an important message from NCO Financial Systems, Incorporated. Law requires that we notify you that this is a debt collection company.  This is an attempt to collect a debt and any information obtained will be used for that purpose.  Please call Ian Scott back today at 1-866-372-8498.  Once again, that number is 1-866-372-8498.  Thank you.

July 13, 2009 at 6:38 PM – Blank Message

July 15, 2009 – Pre-Recorded Message
This is an important message from NCO Financial Systems Incorporated. Law requires that we notify you that this is a debt collection company.  This is an attempt to collect a debt and any information obtained will be used for

that purpose.  Please call Ian Scott back today at 1-866-372-8498.  Once again, that number is 1-866-372-8498.  Thank You.

July 25, 2009 – Pre-Recorded Message
Hello.  This is an important message from NCO Financial Systems, Incorporated.  The law requires that we notify you that this is a debt collection company.  This is an attempt to collect a debt and any information obtained will be used for that purpose.  Please call me back today at 800-350-2457.  Once again, the number is 800-350-2457.  When calling, please use Reference ID GG3230.  Thank you.  Goodbye.

July 27, 2009 – Pre-Recorded Message
This is an important message from NCO Financial System, Incorporated.  Law requires that we notify you that this is a debt collection company.  This is an attempt to collect a debt and any information obtained will be used for that purpose.  Please call George Thomas back today at 1-866-372-8498.  Once again, the number is 1-866-372-8498.  Thank you.

July 29, 2009 – Pre-Recorded Message
Hello.  This is an important message from NCO Financial Systems, Incorporated.  The law requires that we notify you that this is a debt collection company.  This is an attempt to collect a debt and any information obtained will be used for that purpose.  Please call me back today at 866-372-8498.  Once again, the number is 866-372-8498.  When calling, please use Reference ID RI3385.  Thank you.  Goodbye.

July 30, 2009 – Blank Message

August 4, 2009 – Pre-Recorded Message
Hello.  This is an important message from NCO Financial Systems, Incorporated.  The law requires that we notify you that this is a debt collection company.  This is an attempt to collect a debt and any information obtained will be used for that purpose.  Please call me back today at 866-372-8498. Once again, the number is 866-372-8498.  When calling, please use Reference ID RI3385.  Thank you.  Goodbye.

August 5, 2009 – Pre-Recorded Message
Hello.  This is an important message from NCO Financial Systems, Incorporated.  The law requires that we notify you that this is a debt collection company.  This is an attempt to collect a debt and any information

obtained will be used for that purpose.  Please call me back today at 866-372-8498. Once again, the number is 866-372-8498.  When calling, please use Reference ID RI3385.  Thank you.  Goodbye.

August 7, 2009 – Pre-Recorded Message
Hello.  This is an important message from NCO Financial Systems, Incorporated.  The law requires that we notify you that this is a debt collection company.  This is an attempt to collect a debt and any information obtained will be used for that purpose.  Please call me back today at 866-372-8498. Once again, the number is 866-372-8498.  When calling, please use Reference ID RI3385.  Thank you.  Goodbye.

August 10, 2009 at 11:42 AM – Pre-Recorded Message
Hello.  This is an important message from NCO Financial Systems, Incorporated.  The law requires that we notify you that this is a debt collection company.  This is an attempt to collect a debt and any information obtained will be used for that purpose.  Please call me back today at 866-372-8498.  Once again, the number is 866-372-8498.  When calling, please use Reference ID RI3385.  Thank you.  Goodbye.

August 10, 2009 at 6:50 PM – Blank Message

August 11, 2009 – Pre-Recorded Message
Hello.  This is an important message from NCO Financial Systems, Incorporated.  The law requires that we notify you that this is a debt collection company.  This is an attempt to collect a debt and any information obtained will be used for that purpose.  Please call me back today at 866-372-8498.  Once again, the number is 866-372-8498.  When calling, please use Reference ID RI3385.  Thank you.  Goodbye.

August 20, 2009 – Blank Message

August 23, 2009 – Blank Message

August 27, 2009 – Pre-Recorded Message
Hello this is an important message from NCO Financial Systems, Incorporated.  The law requires that we notify you that this is a debt collection company.  This is an attempt to collect a debt and any information obtained will be used for that purpose.  Please call me back today at 866-

372-8498. Once again, the number is 866-372-8498.  When calling, please use reference ID RI3385.  Thank you.  Goodbye.

August 28, 2009 at 3:53 PM – Blank Message

August 28, 2009 at 10:53 PM – Pre-Recorded Message
Incorporated. The law requires that we notify you that this is debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call me back today at 866-372-8498. Once again, the number is 866-372-8498. When calling, please use reference ID RI3385. If you need this information again, press star now. Thank you. Goodbye.

September 2, 2009
This is an important message from NCO Financial Systems, Incorporated. The law requires we notify you this is a debt collection company.  This is an attempt to collect a debt and any information obtained will be used for the same purpose.  Please call us back today at 866-372-8498.  When calling back, refer to the number R as in "Rome" I as in "India" 3385.  Once again, the call back number is 866-372-8498.  Thank you.

September 3, 2009 – Pre-Recorded Message
Hello.  This is an important message from NCO Financial Systems, Incorporated.  The law requires that we notify you that this is a debt collection company.  This is an attempt to collect a debt and any information obtained will be used for that purpose.   Please call me back today at 866-372-8498.  Once again, the number is 866-372-8498.  When calling, please use reference ID RI3385.  Thank you.  Goodbye.

September 5, 2009 – Pre-Recorded Message
Hello.  This is an important message from NCO Financial Systems, Incorporated.  The law requires that we notify you that this is a debt collection company.  This is an attempt to collect a debt and any information obtained will be used for that purpose.   Please call me back today at 866-372-8498.  Once again, the number is 866-372-8498.  When calling, please use Reference ID RI3385.  Thank you.  Goodbye.

September 6, 2009 – Pre-Recorded Message
Hello. This is an important message from NCO Financial Systems, Incorporated. The law requires that we notify you that this is a debt

19

collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call me back today at 866-372-8498. Once again, the number is 866-372-8498. When calling, please use reference ID R13385. Thank you. Goodbye.

September 8, 2009 – Pre-Recorded Message
This is an important message from NCO Financial System, Incorporated. Law requires that we notify you that this is a debt collection company.  This is an attempt to collect a debt and any information obtained will be used for that purpose.   Please call George Thomas back today at 1-866-372-8498.  Once again, the number is 1-866-372-8498.  Thank you.

September 9, 2009 – Pre-Recorded Message
Hello.  This is an important message from NCO Financial Systems, Incorporated.  The law requires that we notify you that this is a debt collection company.  This is an attempt to collect a debt and any information obtained will be used for that purpose.   Please call me back today at 866-372-8498.  Once again, the number is 866-372-8498.  When calling, please use Reference ID RI3385.  Thank you.  Goodbye.

September 14, 2009 – Pre-Recorded Message
Hello, this is an important message from NCO Financial Systems, Inc.  The law requires that we notify you that this is a debt collection company.  This is an attempt to collect a debt and any information obtained will be used for that purpose.  Please call me back today at 866-372-8498.  Once again that number is 866-372-8498. When calling, please use reference ID RI3385.  Thank you.

September 20, 2009 – Pre-Recorded Message
Hello, this is an important message from NCO Financial Systems, Inc.  The law requires that we notify you that this is a debt collection company.  This is an attempt to collect a debt and any information obtained will be used for that purpose.  Please call me back today at 866-372-8498.  Once again that number is 866-372-8498. When calling, please use reference ID RI3385.  Thank you.  Goodbye.

September 21, 2009 – Blank Message

September 26, 2009 – Pre-Recorded Message

This is an important message from NCO Financial Systems Incorporated. Law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call George Thomas back today at 1-866-372-8498. Once again, the number is 1- 866-372-8498. Thank You.

September 28, 2009 – Pre-Recorded Message
Arlozynski about a personal business matter. If you are Raymond Arlozynski, please press 1 now. To place this call on hold to get the right person, press 2 now. To take a message, press 3 now. If this is the wrong number to reach Raymond Arlozynski, press 4 now. I did not hear your response. Once again, if you are Raymond Arlozynski, please press 1 now. To place this call on hold to get the right person, press 2 now. To take a message, press 3 now. If this is the wrong number to reach Raymond Arlozynski, press 4 now. I'm sorry. Goodbye.

October 21, 2009 – Pre-Recorded Message
Hello, we need to speak to Raymond Arlozynski about a personal business matter. If you are, Raymond, the right person, press 2 now. To take a message, press 3 now. If this is the wrong number to reach Raymond Arlozynski, press 4 now. I did not hear your response. Once again, if you are Raymond Arlozynski, please press 1 now. To place this call on hold to get the right person, press 2 now. To take a message, press 3 now.

October 22, 2009 – Pre-Recorded Message
Please press 1. Goodbye.

October 23, 2009 – Pre-Recorded Message
Hello, this is an important message from NCO Financial Systems, Inc. The law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call me back today at 866-372-8498. Once again the number is 866-372-8498. When calling, please use reference ID RI3385. Thank you. Goodbye.

October 24, 2009 – Pre-Recorded Message
Arlozynski, about a personal business matter. If you are, Raymond Arlzoynski, please press 1 now. To place this call on hold to get the right person, press 2 now. To take a message, press 3 now. If this is the wrong number to reach Raymond Arlozynski, press 4 now. I did not hear your

response.  Once again, if you are, Raymond Arlzoynski, please press 1 now. To place this call on hold to get the right person, press 2 now.  To take a message, press 3 now.  If this is the wrong number to reach Raymond Arlozynski, press 4 now. I'm sorry. Goodbye.

October 25, 2009 – Pre-Recorded Message
Arlozynski, about a personal business matter.  If you are, Raymond Arlozynski, please press 1 now.  To place this call on hold to get the right person, press 2 now.  To take a message, press 3 now.  If this is the wrong number to reach Raymond Arlozynski, press 4 now.  I did not hear your response again.  Once again if you are, Raymond Arlozynski, please press 1 now.  To place this call on hold to get the right person, press 2 now.  To take a message, press 3 now.  .  If this is the wrong number to reach Raymond Arlozynski, press 4 now.  I'm sorry.  Goodbye.

October 26, 2009 – Pre-Recorded Message
Please press 1. Goodbye.

October 27, 2009 – Pre-Recorded Message
Hello. This is an important message from NCO Financial Systems Inc.  The law requires that we notify you that this is a debt collection company.  This is an attempt to collect a debt and any information obtained will be used for that purpose.  Please call me back today at 866-372-8498.  Once again that number is 866-372-8498. When calling, please use reference ID RI3385. Thank you.  Goodbye.

October 28, 2009 at 11:43 AM – Pre-Recorded Message
Please press 1.  Goodbye.

October 28, 2009 at 6:36 PM – Pre-Recorded Message
Hello, this is an important message from NCO Financial Systems, Inc.  The law requires that we notify you that this is a debt collection company.  This is an attempt to collect a debt and any information obtained will be used for that purpose.  Please call me back today at 866-372-8498.  Once again, the number is 866-372-8498.  When calling, please use reference number RI3385.  Thank you.  Goodbye.

October 29, 2009 -  Pre-Recorded Message
Hello, this is an important message from NCO Financial Systems Inc.  The law requires that we notify you that this is a debt collection company.  This

is an attempt to collect a debt and any information obtained will be used for that purpose.  Please call me back today at 866-372-8498.  Once again, the number is 866-372-8498.  When calling, please use reference ID RI3385.  Thank you.  Goodbye.

October 30, 2009 at 12:50 PM – Pre-Recorded Message
Please press 1.  Goodbye.

October 30, 2009 at 5:06 PM – Pre-Recorded Message
Please press 1.  Hello, this is an important message from NCO Financial Systems Inc.  The law requires that we notify you that this is a debt collection company.  This is an attempt to collect a debt and any information obtained will be used for that purpose.  Please call me back today at 866-372-8498.  Once again, the number is 866-372-8498.  When calling, please use reference ID RI3385.  Thank you.  Goodbye.

October 31, 2009 – Pre-Recorded Message
Hello, this is an important message from NCO Financial Systems Inc.  The law requires that we notify you that this is a debt collection company.  This is an attempt to collect a debt and any information obtained will be used for that purpose.  Please call me back today at 866-372-8498.  Once again, the number is 866-372-8498.  When calling, please use reference ID RI3385.  Thank you.  Goodbye.

December 5, 2009
This is an important message from NCO Financial Systems Inc.  The law requires that we notify you that this is a debt collection company.  This is an attempt to collect a debt and any information obtained will be used for that purpose.  Please call Ian Hurstberger back today at 1-866-575-8900.  Once again that number is 1-866-575-8900.

December 7, 2009
This is an important message from NCO Financial Systems, Inc.  The law requires that we notify you that this is a debt collection company.  This is an attempt to collect a debt and any information obtained will be used for that purpose.  Please call Ian Mr. Wood back today at 1-866-575-8900.  Once again the number is 1-866-575-8900. Thank you.

December 8, 2009 – Pre-Recorded Message

This is an important message from NCO Financial Systems, Inc.  The law requires that we notify you that this is a debt collection company.  This is an attempt to collect a debt and any information obtained will be used for that purpose.  Please call us back today toll-free at 1-866-575-8900.  When calling us back, the reference ID is 9Z1LU8.  Thank you.  Goodbye.

December 9, 2009
This is an important message from NCO Financial Systems, Inc.  The law requires that we notify you that this is a debt collection company.  This is an attempt to collect a debt and any information obtained will be used for that purpose.  Please call us Ian Hurstberger back today at 1-866-575-8900.  Once again, the number is 1-866-575-8900.

December 10, 2009 – Pre-Recorded Message
Hello, this is an important message from NCO Financial Systems, Inc.  The law requires that we notify you that this is a debt collection company.  This is an attempt to collect a debt and any information obtained will be used for that purpose.  Please call Ian Hurstberger back today at 1-866-575-8900.  Once again the number is 1-866-575-8900. 9Z1LU8 is your reference ID.  Again your reference ID is 9Z1LU8.

December 11, 2009 – Pre-Recorded Message
This is an important message from NCO Financial Systems Inc.  The law requires that we notify you that this is a debt collection company.  This is an attempt to collect a debt and any information obtained will be used for that purpose.  Please call us back today toll-free at 1-866-575-8900.  When calling back, the reference ID is 9Z1LU8. Thank you.  Goodbye.

December 15, 2009 – Pre-Recorded Message
This is an important message from NCO Financial Systems Inc.  The law requires that we notify you that this is a debt collection company.  This is an attempt to collect a debt and any information obtained will be used for that purpose.  Please call us back today toll-free at 1-866-575-8900.  When calling back, the reference ID is 9Z1LU8. Thank you.  Goodbye.

December 21, 2009 – Pre-Recorded Message
This is an important message from NCO Financial Systems, Inc.  Law requires that we notify you this is a debt collection company.  This is an attempt to collect a debt and any information obtained will be used for that

purpose.  Please call back (inaudible) today at 1-800-280-3377. Once again that number is 1-800-280-3377. Thank you.

December 22, 2009
This is an important message from NCO Financial Systems Inc.  The law requires that we notify you that this is a debt collection company.  This is an attempt to collect a debt and any information obtained will be used for that purpose.  Please call Ian Hurstberger back today at 1-866-575-8900.  Once again, the number is 1-866-575-8900.

December 23, 2009 – Pre-Recorded Message
This is an important message from NCO Financial Systems Inc.  The law requires that we notify you that this is a debt collection company.  This is an attempt to collect a debt and any information obtained will be used for that purpose.  Please call Ed Blanchard back today toll-free at 1-866-575-8900.  When calling back, the reference ID is 9Z1LU8. Thank you.  Goodbye.

December 24, 2009 – Pre-Recorded Message
This is an important message from NCO Financial Systems Inc.  The law requires that we notify you that this is a debt collection company.  This is an attempt to collect a debt and any information obtained will be used for that purpose.  Please call Ed Blanchard back today at toll-free 1-866-575-8900.  When calling us back, the reference ID is 9Z1LU8.  Thank you.  Goodbye.

December 28, 2009 – Pre-Recorded Message
This is an important message from NCO Financial Systems Inc.  The law requires that we notify you that this is a debt collection company.  This is an attempt to collect a debt and any information obtained will be used for that purpose.  Please call Ed Blanchard back today toll-free at 1-866-575-8900.  When calling us back, the reference ID is 9Z1LU8.  Thank you.  Goodbye.

December 29, 2009 – Pre-Recorded Message
This is an important message from NCO Financial Systems Inc.  The law requires that we notify you that this is a debt collection company.  This is an attempt to collect a debt and any information obtained will be used for that purpose.  Please call Ed Blanchard back today at toll-free 1-866-575-8900.  When calling us back, the reference ID is 9Z1LU8.  Thank you.  Goodbye.

December 30, 2009 – Pre-Recorded Message

This is an important message from NCO Financial Systems Inc. The law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call Ed Blanchard back today toll-free at 1-866-575-8900. When calling us back, the reference ID is 9Z1LU8. Thank you. Goodbye.

January 25, 2010 – Pre-Recorded Message
This is an important message from NCO Financial Systems Inc. The law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call Ed Blanchard back today at toll-free 1-866-575-8900. When calling us back, the reference ID is 9Z1LU8. Thank you. Goodbye.

February 1, 2010
Human Caller: This is an important message from NCO Financial Systems, Incorporated. Law requires that we notify you this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call Ian Hurstberger back today at 1-866-575-8900. Once again the number is 1-866-575-8900.
Pre-Recorded Message: 9Z1LU8 is your reference ID. Again, your reference ID is 9Z1LU8.

February 2, 2010 – Pre-Recorded Message
This is an important message from NCO Financial Systems, Incorporated. Law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call Ed Blanchard back today at toll-free 1-800-432-3988. When calling us back the reference ID is 9Z1LU8. Thank you. Goodbye.

February 3, 2010
Human Caller: This is an important message from NCO Financial Systems, Incorporated. Law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call Ian Hurstberger back today at 1-866-575-8900. Once again the number is 1-866-575-8900.
Pre-Recorded Message: 9Z1LU8 is your reference ID. Again, your reference ID is 9Z1LU8.

February 11, 2010 – Pre-Recorded Message

This is an important message from NCO Financial Systems Inc. The law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call Ed Blanchard back today at toll-free 1-866-575-8900. When calling us back, the reference ID is 9Z1LU8. Thank you. Goodbye.

February 19, 2010 – Pre-Recorded Message
This is an important message from NCO Financial Systems, Incorporated. Law requires that we notify you this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call Alex Heartness back today at 1-800-707-2637. Once again the number is 1-800-707-2637. Thank you. 1I4WLW is your reference ID. Again, your reference ID is 1I4WLW.

February 20, 2010 – Pre-Recorded Message
This is an important message from NCO Financial Systems, Incorporated. Law requires that we notify you this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call Alex Heartness back today at 1-800-707-2637. Once again the number is 1-800-707-2637. Thank you. 1I4WLW is your reference ID. Again, your reference ID is 1I4WLW.

February 22, 2010 – Pre-Recorded Message
This is an important message from NCO Financial Systems, Incorporated. Law requires that we notify you this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call Alex Heartness back today at 1-800-707-2637. Once again the number is 1-800-707-2637. Thank you. 1I4WLW is your reference ID. Again, your reference ID is 1I4WLW.

February 23, 2010 – Pre-Recorded Message
This is an important message from NCO Financial Systems, Incorporated. The law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call Alex Heartness back today at 1-800-707-2637. Once again, the number is 1-800-707-2637. Thank you. 1I4WLW is your reference ID. Again, your reference ID is 1I4WLW.

February 25, 2010 – Pre-Recorded Message

This is an important message from NCO Financial Systems, Incorporated. The law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call Alex Heartness back today at 1-800-707-2637. Once again the number is 1-800-707-2637. Thank you. 1I4WLW is your reference ID. Again, your reference ID is 1I4WLW.

February 26, 2010 – Pre-Recorded Message
This is an important message from NCO Financial Systems, Incorporated. The law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call Alex Heartness back today at 1-800-707-2637. Once again the number is 1-800-707-2637. Thank you. 1I4WLW is your reference ID. Again, your reference ID is 1I4WLW.

March 2, 2010 – Pre-Recorded Message
This is an important message from NCO Financial Systems, Incorporated. The law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call Alex Heartness back today at 1-800-707-2637. Once again the number is 1-800-707-2637. Thank you. 1I4WLW is your reference ID. Again, your reference ID is 1I4WLW.

March 3, 2010 – Pre-Recorded Message
This is an important message from NCO Financial Systems, Incorporated. The law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call Alex Heartness back today at 1-800-707-2637. Once again the number is 1-800-707-2637. Thank you. 1I4WLW is your reference ID. Again, your reference ID is 1I4WLW.

March 4, 2010 – Pre-Recorded Message
This is an important message from NCO Financial Systems, Incorporated. The law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call Alex Heartness back today at 1-800-707-2637. Once again the number is 1-800-707-2637. Thank you. 1I4WLW is your reference ID. Again, your reference ID is 1I4WLW.

March 5, 2010 – Pre-Recorded Message

This is an important message from NCO Financial Systems, Incorporated. The law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call Alex Heartness back today at 1-800-707-2637. Once again the number is 1-800-707-2637. Thank you. 1I4WLW is your reference ID. Again, your reference ID is 1I4WLW.

March 6, 2010 – Pre-Recorded Message
This is an important message from NCO Financial Systems, Incorporated. The law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call Alex Heartness back today at 1-800-707-2637. Once again the number is 1-800-707-2637. Thank you. 1I4WLW is your reference ID. Again, your reference ID is 1I4WLW.

March 8, 2010 – Pre-Recorded Message
This is an important message from NCO Financial Systems, Incorporated. The law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call Alex Heartness back today at 1-800-707-2637. Once again the number is 1-800-707-2637. Thank you. 1I4WLW is your reference ID. Again, your reference ID is 1I4WLW.

March 10, 2010 – Pre-Recorded Message
This is an important message from NCO Financial Systems, Incorporated. Law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call Alex Heartness back today at 1-800-707-2637. Once again, the number is 1-800-707-2637. Thank you. 1I4WLW is your reference ID. Again, your reference ID is 1I4WLW.

March 15, 2010 – Pre-Recorded Message
This is an important message from NCO Financial Systems, Incorporated. The law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call Alex Heartness back today at 1-800-707-2637. Once again the number is 1-800-707-2637. Thank you. 1I4WLW is your reference ID. Again, your reference ID is 1I4WLW.

March 17, 2010 – Pre-Recorded Message

This is an important message from NCO Financial Systems, Incorporated. The law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call Alex Heartness back today at 1-800-707-2637. Once again the number is 1-800-707-2637. Thank you. 1I4WLW is your reference ID. Again, your reference ID is 1I4WLW.

March 18, 2010 – Pre-Recorded Message
This is an important message from NCO Financial Systems, Incorporated. The law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call Alex Heartness back today at 1-800-707-2637. Once again the number is 1-800-707-2637. Thank you. 1I4WLW is your reference ID. Again, your reference ID is 1I4WLW.

March 19, 2010 – Pre-Recorded Message
This is an important message from NCO Financial Systems, Incorporated. The law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call Alex Heartness back today at 1-800-707-2637. Once again the number is 1-800-707-2637. Thank you. 1I4WLW is your reference ID. Again, your reference ID is 1I4WLW.

March 22, 2010 – Pre-Recorded Message
This is an important message from NCO Financial Systems, Incorporated. The law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call Alex Heartness back today at 1-800-707-2637. Once again the number is 1-800-707-2637. Thank you. 1I4WLW is your reference ID. Again, your reference ID is 1I4WLW.

March 23, 2010 – Pre-Recorded Message
This is an important message from NCO Financial Systems, Incorporated. The law requires that we notify you that this is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call Alex Heartness back today at 1-800-707-2637. Once again the number is 1-800-707-2637. Thank you. 1I4WLW is your reference ID. Again, your reference ID is 1I4WLW.

March 24, 2010 – Pre-Recorded Message

This is an important message from NCO Financial Systems, a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please return the call to Alex Heartness at 800-707-2637. Again, that's Alex Heartness 800-707-2637. Thank you. NCO Financial Systems is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. When calling, please refer to your ID code 1I4WLW. Again, your ID code is 1I4WLW.

March 25, 2010 – Pre-Recorded Message
This is an important message from NCO Financial Systems, a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please return the call to Alex Heartness at 800-707-2637. Again, that's Alex Heartness 800-707-2637. Thank you. NCO Financial Systems is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. When calling, please refer to your ID code 1I4WLW. Again, your ID code is 1I4WLW.

March 26, 2010 – Pre-Recorded Message
This is an important message from NCO Financial Systems, a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please return the call to Alex Heartness at 800-707-2637. Again, that's Alex Heartness 800-707-2637. Thank you. NCO Financial Systems is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. When calling, please refer to your ID code 1I4WLW. Again, your ID code is 1I4WLW.

March 29, 2010 – Pre-Recorded Message
This is an important message from NCO Financial Systems, a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please return the call to Alex Heartness at 800-707-2637. Again, that's Alex Heartness 800-707-2637. Thank you. NCO Financial Systems is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. When calling, please refer to your ID code 1I4WLW. Again, your ID code is 1I4WLW.

March 30, 2010 – Pre-Recorded Message

This is an important message from NCO Financial Systems, a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please return the call to Alex Heartness at 800-707-2637. Again, that's Alex Heartness at 800-707-2637. Thank you. NCO Financial Systems is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. When calling, please refer to your ID code 1I4WLW. Again, your ID code is 1I4WLW.

March 31, 2010 – Pre-Recorded Message
This is an important message from NCO Financial Systems, a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please return the call to Alex Heartness at 800-707-2637. Again, that's Alex Heartness 800-707-2637. Thank you. NCO Financial Systems is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. When calling, please refer to your ID code 1I4WLW. Again, your ID code is 1I4WLW.

April 1, 2010 – Pre-Recorded Message
This is an important message from NCO Financial Systems, a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please return the call to Alex Heartness at 800-707-2637. Again, that's Alex Heartness 800-707-2637. Thank you. NCO Financial Systems is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. When calling, please refer to your ID code 1I4WLW. Again, your ID code is 1I4WLW.

April 2, 2010 – Pre-Recorded Message
This is an important message from NCO Financial Systems, a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please return the call to Alex Heartness at 800-707-2637. Again, that's Alex Heartness 800-707-2637. Thank you. NCO Financial Systems is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. When calling, please refer to your ID code 1I4WLW. Again, your ID code is 1I4WLW.

April 6, 2010 – Pre-Recorded Message

This is an important message from NCO Financial Systems, a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please return the call to Alex Heartness at 800-707-2637. Again, that's Alex Heartness 800-707-2637. Thank you. NCO Financial Systems is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. When calling, please refer to your ID code 1I4WLW. Again, your ID code is 1I4WLW.

April 9, 2010 – Pre-Recorded Message
This is an important message from NCO Financial Systems, a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please return the call to Alex Heartness at 800-707-2637. Again, that's Alex Heartness 800-707-2637. Thank you. NCO Financial Systems is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. When calling, please refer to your ID code 1I4WLW. Again, your ID code is 1I4WLW.

April 13, 2010 – Pre-Recorded Message
This is an important message from NCO Financial Systems, a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please return the call to Alex Heartness at 800-707-2637. Again, that's Alex Heartness 800-707-2637. Thank you. NCO Financial Systems is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. When calling, please refer to your ID code 1I4WLW. Again, your ID code is 1I4WLW.

April 14, 2010 – Pre-Recorded Message
This is an important message from NCO Financial Systems, a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please return the call to Alex Heartness at 800-707-2637. Again, that's Alex Heartness 800-707-2637. Thank you. NCO Financial Systems is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. When calling, please refer to your ID code 1I4WLW. Again, your ID code is 1I4WLW.

April 15, 2010 – Pre-Recorded Message

This is an important message from NCO Financial Systems, a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please return the call to Alex Heartness at 800-707-2637. Again, that's Alex Heartness 800-707-2637. Thank you. NCO Financial Systems is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. When calling, please refer to your ID code 1I4WLW. Again, your ID code is 1I4WLW.

April 19, 2010 – Pre-Recorded Message
This is an important message from NCO Financial Systems, a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please return the call to Alex Heartness at 800-707-2637. Again, that's Alex Heartness 800-707-2637. Thank you. NCO Financial Systems is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. When calling, please refer to your ID code 1I4WLW. Again, your ID code is 1I4WLW.

April 21, 2010 – Pre-Recorded Message
This is an important message from NCO Financial Systems, a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please return the call to Alex Heartness at 800-707-2637. Again, that's Alex Heartness 800-707-2637. Thank you. NCO Financial Systems is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. When calling, please refer to your ID code 1I4WLW. Again, your ID code is 1I4WLW.

April 23, 2010 – Pre-Recorded Message
This is an important message from NCO Financial Systems, a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please return the call to Alex Heartness at 800-707-2637. Again, that's Alex Heartness 800-707-2637. Thank you. NCO Financial Systems is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. When calling, please refer to your ID code 1I4WLW. Again, your ID code is 1I4WLW.

April 27, 2010 – Pre-Recorded Message

This is an important message from NCO Financial Systems, a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please return the call to Alex Heartness at 800-707-2637. Again, that's Alex Heartness 800-707-2637. Thank you. NCO Financial Systems is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. When calling, please refer to your ID code 1I4WLW. Again, your ID code is 1I4WLW.

April 29, 2010 – Pre-Recorded Message
This is an important message from NCO Financial Systems, a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please return the call to Alex Heartness at 800-707-2637. Again, that's Alex Heartness 800-707-2637. Thank you. NCO Financial Systems is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. When calling, please refer to your ID code 1I4WLW. Again, your ID code is 1I4WLW.

May 4, 2010 – Pre-Recorded Message
This is an important message from NCO Financial Systems, a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please return the call to Alex Heartness at 800-707-2637. Again, that's Alex Heartness 800-707-2637. Thank you. NCO Financial Systems is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. When calling, please refer to your ID code 1I4WLW. Again, your ID code is 1I4WLW.

May 7, 2010 – Pre-Recorded Message
This is an important message from NCO Financial Systems, a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please return the call to Alex Heartness at 800-707-2637. Again, that's Alex Heartness 800-707-2637. Thank you. NCO Financial Systems is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. When calling, please refer to your ID code 1I4WLW. Again, your ID code is 1I4WLW.

May 10, 2010 – Pre-Recorded Message

This is an important message from NCO Financial Systems, a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please return the call to Alex Heartness at 800-707-2637. Again, that's Alex Heartness 800-707-2637. Thank you. NCO Financial Systems is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. When calling, please refer to your ID code 1I4WLW. Again, your ID code is 1I4WLW.

May 11, 2010 – Pre-Recorded Message
This is an important message from NCO Financial Systems, a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please return the call to Alex Heartness at 800-707-2637. Again, that's Alex Heartness at 800-707-2637. Thank you. NCO Financial Systems is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. When calling, please refer to your ID code 1I4WLW. Again, your ID code is 1I4WLW.

May 13, 2010 – Pre-Recorded Message
This is an important message from NCO Financial Systems, a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please return the call to Alex Heartness at 800-707-2637. Again, that's Alex Heartness at 800-707-2637. Thank you. NCO Financial Systems is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. When calling, please refer to your ID code 1I4WLW. Again your ID code is 1I4WLW.

May 17, 2010 – Pre-Recorded Message
This is an important message from NCO Financial Systems, a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please return the call to Alex Heartness at 800-707-2637. Again, that's Alex Heartness at 800-707-2637. Thank you. NCO Financial Systems is a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. When calling, please refer to your ID code 1I4WLW. Again, your ID code is 1I4WLW.

11.   Defendant left similar or identical messages on other occasions. (Collectively, "the telephone messages").

12.   The messages are "communications" as defined by 15 U.S.C. §1692a(2). See *Berg v. Merchs. Ass'n Collection Div*., Case No. 08-60660-Civ-Dimitrouleas/Rosenbaum, 2008 U.S. Dist. LEXIS 94023 (S.D. Fla. Oct. 31, 2008).

13.   Defendant failed to inform Plaintiff in some of the messages that the communication was from a debt collector and failed to disclose the purpose of Defendant's messages and failed to disclose Defendant's name.

## COUNT I
## FAILURE TO DISCLOSE STATUS AS DEBT COLLECTOR

14.   Plaintiff incorporates Paragraphs 1 through 13.

15.   Defendant failed to disclose in the telephone messages that it is a debt collector in violation of 15 U.S.C. §1692e(11). See *Foti v. NCO Fin. Sys*., 424 F. Supp. 2d 643, 646 (D.N.Y. 2006) and *Belin v. Litton Loan Servicing*, 2006 U.S. Dist. LEXIS 47953 (M. D. Fla. 2006) and Leyse v. Corporate Collection Servs., 2006 U.S. Dist. LEXIS 67719 (D.N.Y. 2006).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

a.   Damages;

b.   Attorney's fees, litigation expenses and costs of suit; and

c.   Such other or further relief as the Court deems proper.

## COUNT II
## FAILURE TO MAKE MEANINGFUL DISCLOSURE OF IDENTITY

16.     Plaintiff incorporates Paragraphs 1 through 13.

17.     Defendant placed telephone calls to Plaintiff without making meaningful disclosure of its identity when it failed to disclose its name and the purpose of Defendant's communication in the telephone messages in violation of 15 U.S.C §1692d(6). See *Valencia v The Affiliated Group, Inc*., Case No. 07-61381-Civ-Marra/Johnson, 2008 U. S. Dist. LEXIS 73008, (S.D.Fla., September 23, 2008); Wright v. Credit Bureau of Georgia, Inc., 548 F. Supp. 591, 593 (D. Ga. 1982); and Hosseinzadeh v. M.R.S. Assocs., 387 F. Supp. 2d 1104 (D. Cal. 2005).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

      a.     Damages;

      b.     Attorney's fees, litigation expenses and costs of suit; and

      c.     Such other or further relief as the Court deems proper.

## COUNT III
## TELEPHONIC HARASSMENT AND ABUSE BY EXCESSIVE CALLING

18.     Plaintiff incorporates Paragraphs 1 through 13.

19.     Defendant caused Plaintiff's telephone to ring repeatedly or continuously with the intent to annoy, abuse or harass in violation of 15 U.S.C

§1692d(5). See *Sanchez v. Client Servs*., 520 F. Supp. 2d 1149, 1160-1161 (N.D. Cal. 2007).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

      a.     Damages;

      b.     Attorney's fees, litigation expenses and costs of suit; and

      c.     Such other or further relief as the Court deems proper.

**COUNT IV**
**ILLEGAL COLLECTION TECHNIQUES IN VIOLATION OF THE**
**FLORIDA CONSUMER COLLECTION PRACTICES ACT**

20.    Plaintiff incorporates Paragraphs 1 through 13.

21.    Defendant asserted the right to collect a debt by leaving repeated telephone messages for Plaintiff without disclosing its name and that it is a debt collector and the purpose of its communications when Defendant knew it did not have a legal right to use such collection techniques in violation of Fla. Stat. §559.72(9).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

      a.     Damages;

      b.     Attorney's fees, litigation expenses and costs of suit;

      c.     declaring that Defendant's practices violate the FCCPA;

     d.     permanently injoining Defendant from engaging in the complained of practices; and

     e.     Such other or further relief as the Court deems proper.

## COUNT V
## HARASSMENT IN VIOLATION OF THE FLORIDA CONSUMER COLLECTION PRACTICES ACT

22.     Plaintiff incorporates Paragraphs 1 through 13.

23.     By failing to disclose its name, that it is a debt collector and the purpose of its communication, and by telephoning Plaintiff with such frequency as can be reasonably be expected to harass, Defendant willfully engaged in conduct the natural consequence of which is to harass in violation of Fla. Stat. §559.72(7).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

     a.     Damages;

     b.     Attorney's fees, litigation expenses and costs of suit;

     c.     declaring that Defendant's practices violate the FCCPA;

     d.     permanently injoining Defendant from engaging in the complained of practices; and

     e.     Such other or further relief as the Court deems proper.

## JURY DEMAND

Plaintiff demands trial by jury.

DONALD A. YARBROUGH, ESQ.
Attorney for Plaintiff
Post Office Box 11842
Ft. Lauderdale, FL 33339
Telephone: 954-537-2000
Facsimile: 954-566-2235
donyarbrough@mindspring.com


By: s/ Donald A. Yarbrough
    Donald A. Yarbrough, Esq.
    Florida Bar No. 0158658